**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**HEDIN HALL LLP**
Frank S. Hedin
Four Embarcadero Center, Suite 1400
San Francisco, California 94104
Telephone: + 1 (415) 766-3534
Facsimile: + 1 (415) 402-0058
Email: fhedin@hedinhall.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARRERA,<br><br>             Plaintiff,<br><br>     v.<br><br>PETCHI, INC.; and FUZZY PET HEALTH, INC.,<br><br>             Defendant. | Case No. 20-cv-00808<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Jennifer Carrera, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that she voluntarily dismisses all claims in this action as to herself in her individual capacity *with prejudice*. Defendant PetChi, Inc. and Fuzzy Pet Health, Inc. have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

Dated: June 3, 2020 **HEDIN HALL LLP**

By: /s/ Frank S. Hedin
      Frank S. Hedin

Frank S. Hedin
HEDIN HALL LLP
1395 Brickell Ave, Ste 1140
Miami, Florida 33131
Telephone: + 1 (305) 357-2107
Facsimile: + 1 (305) 200-8801
Email: fhedin@hedinhall.com

BURSOR & FISHER, P.A.
L. Timothy Fisher
1990 North California Blvd., 940
Walnut Creek, California 94596
Telephone: + 1 (925) 300-4455
Facsimile: + 1 (925) 407-2700
Email: ltfisher@bursor.com

*Counsel for Plaintiff Jennifer Carrera*